✓✗ 110   129131

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO

FILED
2010 DEC 16 PM 2:17
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

| | | |
|---|---|---|
| In re: KEEFE, BRIAN JOSEPH<br>KEEFE, PATRICIA ANN | ) | Case No. 09-38236 |
| | ) | Chapter 7 |
| Debtor(s). | ) | Judge: MARY ANN WHIPPLE |

## TRANSMITTAL OF UNCLAIMED FUNDS

John N. Graham, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

   U.S. Dept. of Education, Direct Loan Servicing Center, P. O. Box 5609
       Greenville, TX  75403-5609                                    $126.50

2. Your Trustee's check for $126.50 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.
3.

Date: 12/15/2010

_____
John N. Graham, Trustee

Cc:   United States Trustee